UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STEPHEN KNIGHT LEWIS,<br><br>Petitioner,<br><br>v.<br><br>STATE OF WASHINGTON,<br><br>Respondent. | Case No. 10-cv-1013-JLR-JPD<br><br>REPORT AND RECOMMENDATION |

Petitioner, a state inmate proceeding pro se, has filed a proposed petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.  Dkt. No. 1.  However, Petitioner did not pay the applicable filing fee, nor did he file an application to proceed in forma pauperis ("IFP").  *Id.*  On June 18, 2010, the Clerk notified Petitioner via letter that he had until July 19, 2010 to either pay the applicable filing fee or to submit an application for IFP status if he wished to proceed with this action.  To date, Petitioner has done neither.  Therefore, the Court recommends that this § 2241 habeas action be DISMISSED without prejudice for failure to prosecute.  A proposed order accompanies this Report and Recommendation.

DATED this 26th day of July, 2010.

*/s/ James P. Donohue*
JAMES P. DONOHUE
United States Magistrate Judge

REPORT AND RECOMMENDATION
PAGE - 1