10-CV-01013-ORD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| STEPHEN KNIGHT LEWIS, | Case No. 10-cv-1013-JLR |
|---|---|
| Petitioner, | ORDER OF DISMISSAL |
| v. | |
| STATE OF WASHINGTON, | |
| Respondent. | |

The Court, having reviewed the Report and Recommendation of the Honorable James P. Donohue, and the balance of the record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) This action is DISMISSED without prejudice.

(3) The Clerk is directed to send copies of this Order to Petitioner and to the Honorable James P. Donohue.

DATED this 21st day of August, 2010.

JAMES L. ROBART
United States District Judge

ORDER OF DISMISSAL
PAGE - 1